

FILED

AUG 3 1 2020

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF A USPS PARCEL TO JEFF BURKE 837 KATHERINE ANN PLACE BILLINGS, MT 59105 FROM JESSE STANTON 408 N NORFOLK MESA, AZ 85205** | **Case No.  MJ-20☒-BLG-TJC**<br><br>**ORDER** |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application and Affidavit for Search Warrant and Search Warrants filed herein,

are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the sole

purpose of complying with execution of the Search Warrant, pursuant to Fed. R.

Crim. P. Rule 41(f), and for the limited purposes of providing copies of documents

in discovery, upon initial appearance on an Indictment by any defendant related to

this search warrant and service/receipt of request for discovery by defense counsel,

\\

pursuant to Fed. R. Crim. P. 16.

DATED this 31 day of August, 2020.


TIMOTHY J. CAVAN
United States Magistrate Judge